## United States Bankruptcy Court
### Southern District of Florida

**IN RE:**                                                          Case No. **10-26493**

**I.D. Interactive LLC**                        Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Affordable Leasing, LLC**<br>1801 S. Federal Highway, Suite 301<br>Delray Beach, FL  33483 | | | | 9,165,062.49<br>Collateral:<br>0.00<br>Unsecured:<br>9,165,062.49 |
| **ID Interactive Technologies, S.R.L.**<br>Av. Figueroa Alcorta 3351<br>2do Piso (1425) Capital | | | | 1,253,069.00 |
| **Eric Cherry**<br>1111 S. Ocean Drive<br>Delray Beach, FL  33483 | | | | 1,030,158.33 |
| **ID Interactive Licensing, Ltd.**<br>1801 S. Federal Highway, Suite 300<br>Delray Beach, FL  33483 | | | | 692,063.83 |
| **Lipton Family Trust**<br>P.O. Box 460475<br>Ft. Lauderdale, FL  33346 | | | | 500,000.00 |
| **Microgaming Software Systems-ST** | | | | 500,000.00 |
| **ID Interactive Argentina**<br>S.R.L. Av. Figueroa Alcorta 3351<br>1425 Capital Federal<br>Argentina, | | | | 485,398.00 |
| **ID Interactive of California, LLC**<br>1801 S. Federal Highway, Suite 300<br>Delray Beach, FL  33483 | | | | 291,251.73 |
| **Cole Industries**<br>PO Box 364149<br>N. Las Vegas, NV  89036-8149 | | | | 271,965.35 |
| **ISBS, Inc. (Venkat Lyer)**<br>6511 Cape Court<br>Falls Church, VA  22043 | | | | 210,000.00 |
| **Lipton Family Trust**<br>P.O. Box 460475<br>Ft. Lauderdale, FL  33346 | | | | 189,698.62 |
| **Champion Communications**<br>1801 South Federal Highway<br>Suite 300<br>Delray Beach, FL  33483 | | | | 169,700.20 |
| **Champion Communications**<br>1801 South Federal Highway<br>Suite 300<br>Delray Beach, FL  33483 | | | | 147,975.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Facultad De Informatica**<br>**U. Nac La Plata Calle 50 Y 115**<br>**Piso 19 La Plata, Buenos Aires** | **100,682.00** |
| **ID Interactive of Michigan, LLC**<br>**1801 S. Federal Highway, Suite 301**<br>**Delray Beach, FL  33483** | **92,916.71** |
| **BMM Test Labs**<br>**BMM North America, Inc.**<br>**8685 S. Eastern Avenue**<br>**Las Vegas, NV  89123-2839** | **92,431.31** |
| **Jorge Heymann**<br>**Dr. Francisco Muniz**<br>**545 1640 Martinez**<br>**Buenos Aires Argentina,** | **75,000.00** |
| **CIT Technology Financing Services, Inc.**<br>**23896 Network Place**<br>**Chicago, IL  60673** | **72,205.46**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**72,205.46** |
| **Let It Ride Opportunity Fund**<br>**1801 S. Federal Highway, Suite 300**<br>**Delray Beach, FL  33483** | **61,387.26** |
| **Lucy M. Schreiber**<br>**1506 Mississippi Avenue**<br>**St. Louis, MO  63104** | **55,625.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 11, 2010**        Signature: */s/ Jon D. Goldstein*

**Jon D. Goldstein, Managing Member**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only