**United States Bankruptcy Court**
**Southern District of Florida**

IN RE:                                                                                         Case No. **10-26493**

**I.D. Interactive LLC**                                                                       Chapter **11**

                                                   Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Abel Valente**<br>**Calle 55 Nro. 422 (B1900BGR) La Plat**<br>**Buenos Aires (1525) Argentina** | **0.064051** | **Common Stockholder** |
| **Accurate Info, Ltd.**<br>**1801 S. Federal Highway, Suite 300**<br>**Delray Beach, FL  33483** | **0.681837** | **Common Stockholder** |
| **Accurate Management, Ltd.**<br>**1801 S. Federal Highway, Suite 300**<br>**Delray Beach, FL  33483** | **0.159416** | **Common Stockholder** |
| **Aimee Or Andrew Dorfman** | **0.071168** | **Common Stockholder** |
| **Alan M. Kirschenbaum**<br>**644 South Sparks Street**<br>**Burbank, CA  91506** | **0.064051** | **Common Stockholder** |
| **Alice Schreiber**<br>**70 Comsewoque Road, Suite 5**<br>**East Setauket, NY** | **1.323718** | **Common Stockholder** |
| **Alvaro Nores**<br>**8958 Dickens Avenue**<br>**Surfside, FL  33154** | **5.173220** | **Common Stockholder** |
| **Anthony & Jennifer Palermo**<br>**2000 Parkside Circle South**<br>**Boca Raton, FL  33486** | **0.236250** | **Common Stockholder** |
| **Anthony And Kristen Genile**<br>**841 Oleander Street**<br>**Boca Raton, FL  33486** | **0.576458** | **Common Stockholder** |
| **Barbara Esses**<br>**AV Figuerua, Alcorta 3351**<br>**(C1425CKM, Loft 220**<br>**Buenos Aires, Argentina,** | **0.964267** | **Common Stockholder** |
| **Barry & Robin Rakowski**<br>**23 Clinton Lane**<br>**Jericho, NY  11753** | **0.025620** | **Common Stockholder** |
| **Benjamin L. Lechner & Trudy N.**<br>**Lechner TRST T N Lechner Rev Trust**<br>**2163 NE 203 Terrace**<br>**Miami, FL  33179** | **0.142335** | **Common Stockholder** |
| **Billing Solutions Incorporated**<br>**PO Box 1223**<br>**WSayne, IL  60184** | **0.128102** | **Common Stockholder** |
| **Blackbust Family Trust**<br>**5275 South Durango Drive**<br>**Las Vegas, NV  89113** | **0.512407** | **Common Stockholder** |
| **Bob Jones** | **0.102481** | **Common Stockholder** |
| **Bret J. Dunlap & Celeste M. Dunlap**<br>**Ten Com**<br>**113 Quaker Lane**<br>**Villanova, PA  19085** | **0.355838** | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Burhou Limited As Sole Director Of Etasse Limited** | 9.974380 | Common Stockholder |
| **Champion Communications**<br>**1801 South Federal Highway**<br>**Suite 300**<br>**Delray Beach, FL  33483** | 0.384305 | Common Stockholder |
| **Christine And Mark Persily** | 0.012810 | Common Stockholder |
| **Ciera, LLC**<br>**1801 South Federal Highway, Suite 300**<br>**Delray Beach, FL  33483** | 0.092268 | Common Stockholder |
| **Corey Waters** | 0.142335 | Common Stockholder |
| **Croft Investment Limited Partnership**<br>**400 SE 5th Avenue, PH1006**<br>**Boca Raton, FL  33432** | 0.256204 | Common Stockholder |
| **David & Lynn Lipsky**<br>**11 Blaine Place**<br>**Dix Hill, NY  11746** | 0.256204 | Common Stockholder |
| **David and Nancy Datlof**<br>**6471 Marbletree Lane**<br>**Lake Worth, FL  33467** | 0.060842 | Common Stockholder |
| **David Weisenberg**<br>**7820 Peters Road, E103**<br>**Plantation, FL  33324** | 0.323747 | Common Stockholder |
| **Diego De Sogos**<br>**Calle 55 Nro. 422 (B1900BRG) La Plat**<br>**Buenos Aires (1425), Argentina** | 0.064051 | Common Stockholder |
| **Diego Yanivello**<br>**Calle 55 Nro. 422 (B1900BGR) La Plata**<br>**Buenos Aires (1425), Argentina** | 0.064051 | Common Stockholder |
| **Donald C. & Jane M. Tetro**<br>**6401 Rodeo Drive**<br>**Ft. Lauderdale, FL  33330** | 0.502737 | Common Stockholder |
| **E.L.H.A. Ltd.**<br>**P.O. Box 350453**<br>**Ft. Lauderdale, FL  33335** | 0.694027 | Common Stockholder |
| **EBS Family, LLC**<br>**9351 NW 39th Court**<br>**Coral Springs, FL  33065** | 1.793425 | Common Stockholder |
| **Eduardo Schenfeld**<br>**Calle 55 Nro. 422 (B1900BGR) La Plat**<br>**Buenos Aires (1425), Argentina** | 0.008540 | Common Stockholder |
| **Environmental Landscape Services, Inc.**<br>**4961 Broadstone Circle**<br>**West Palm Beach, FL  33417** | 0.064051 | Common Stockholder |
| **Eric And Ellen Prevost**<br>**5314 Oakmont Village Circle**<br>**Lake Worth, FL  33463** | 0.141974 | Common Stockholder |
| **Eric Bachkoff**<br>**6352 NW 72 Way**<br>**Parkland, FL  33067** | 0.654742 | Common Stockholder |
| **Eric Boehm And Nancy A. Rossi**<br>**7871 Ironhorse Blvd.**<br>**West Palm Beach, FL  33412** | 0.256204 | Common Stockholder |
| **Federico Ivan Wyszogrod**<br>**Scalabrini Ortiz 3314**<br>**3rd Floor**<br>**Buenos Aires, Argentina,** | 0.038431 | Common Stockholder |
| **Fernando Martinez**<br>**Calle 55 Nro. 422 (B1900BGR) La Plat**<br>**Buenos Aires (1425), Argentina** | 0.025620 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name & Address | Shares | Class |
|---|---|---|
| **Frank & Ernesta Gentile**<br>818 NE 35th Street<br>Boca Raton, FL  33431 | 0.256203 | Common Stockholder |
| **Frank Gentile**<br>431 NE 10th Terrace<br>Boca Raton, FL  33432 | 0.256204 | Common Stockholder |
| **Fred And Gladys Bender**<br>12134 Blair Avenue<br>Boynton Beach, FL  33437 | 0.051241 | Common Stockholder |
| **Gail E. Summer, Trustee Of Gail E. Summer Trust**<br>333 Washington Blvd., #304<br>Marina Del Rey, CA  90292 | 0.064051 | Common Stockholder |
| **Garret M. Bender**<br>506 Andrews Avenue<br>Delray Beach, FL  33483 | 0.384305 | Common Stockholder |
| **Georgiana J. Slade, TTEE For The Shelley R. Slade Et Al Trust, UA DTD 10/22/1070**<br>417 Park Avenue<br>New York, NY  10022-4401 | 0.142335 | Common Stockholder |
| **Guillermo Jacobson**<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.012810 | Common Stockholder |
| **Guillermo Nykotyszak**<br>Calle Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.044836 | Common Stockholder |
| **Herbert J. Cherry Trust U/D/T Dated 11/11/86**<br>2727 South Ocean Blvd., Suite 1103<br>Highland Beach, FL  33487-1842 | 0.768611 | Common Stockholder |
| **Horacio Vazquez**<br>Av Figuerua, Alcorta 3351<br>(C1425CKM), Loft 220<br>Buenos Aires, Argentina, | 0.964267 | Common Stockholder |
| **Ignacio Gerson**<br>100 Meridian Avenue, #234<br>Miami Beach, FL  33139 | 7.998977 | Common Stockholder |
| **Ignacio Jaureguiberr**<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.012810 | Common Stockholder |
| **Isaac McFadden** | 0.256204 | Common Stockholder |
| **J. Stanley Blumin Revocable Trust**<br>19366 NW 13 Street<br>Pembroke Pines, FL  33029 | 0.071168 | Common Stockholder |
| **Jack Potenza**<br>25 Harvard Drive<br>Lake Worth, FL  33460 | 2.341416 | Common Stockholder |
| **James & Constance Dyak**<br>485 Trowgate Lane<br>Atlanta, GA  30350 | 0.132178 | Common Stockholder |
| **James and Catherine Beardsley**<br>738 Aurelia Street<br>Boca Raton, FL  33486-3530 | 0.128102 | Common Stockholder |
| **Jarvis J. Slade**<br>535 Madison Avenue, 35th Floor<br>New York, NY  10022 | 2.273037 | Common Stockholder |
| **Jarvis J. Slade, Jr. Trust For The Benefit Of Jarvis J. Slade DTD 05-09-84** | 0.142335 | Common Stockholder |
| **Javier Bucar**<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.038431 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name and Address | Shares | Class |
|---|---|---|
| Javier Olivera<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.025620 | Common Stockholder |
| Jeffrey Kahan<br>2987 S. Atlantic Avenue, Unit 504<br>Daytona Beach Shores, FL  32118 | 0.042321 | Common Stockholder |
| Jessica Jacucci<br>1334 NW 63rd Way<br>Margate, FL  33063 | 0.470723 | Common Stockholder |
| Joel W. Bachkoff | 0.083266 | Common Stockholder |
| John A. and Nanette Gentile<br>475 NE 6th Street<br>Boca Raton, FL  33432 | 0.123637 | Common Stockholder |
| John D. Campbell<br>823 Alison Drive<br>River Vale, NJ  07675 | 0.064051 | Common Stockholder |
| John L. Duffy<br>16060 Rio Rodeo<br>Delray Beach, FL  33446 | 0.448356 | Common Stockholder |
| John L. Miller | 0.384305 | Common Stockholder |
| Jon D. Goldstein<br>320 SW Atlantic Drive<br>Lantana, FL  33462 | 8.826044 | Common Stockholder |
| Jonathan Kaplan | 0.076861 | Common Stockholder |
| Joseph Feldkamp<br>1038 Kokomo Key Lane<br>Delray Beach, FL  33483 | 0.102481 | Common Stockholder |
| Joyce Heyman | 0 | Common Stockholder |
| Juan and Juliette Cabanillas<br>3117 NE 42nd Court<br>Ft. Lauderdale, FL  33308 | 0.128102 | Common Stockholder |
| Juan Arnaude<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.064051 | Common Stockholder |
| Julie Harris | 0.035584 | Common Stockholder |
| Kemba Marketing Group<br>4545 Island Reef Drive<br>Wellington, FL  33467 | 0.256204 | Common Stockholder |
| King Carr Worldwide<br>6011 Winterpointe Drive, Suite 201<br>Raleigh, NC  27606 | 0.064051 | Common Stockholder |
| Kirk W. Brooks<br>2037 Jrouse Street<br>Las Vegas, NV  89134 | 0.064051 | Common Stockholder |
| LA Family Trust, C/O Albert J. Angel<br>1895 NE 214 Terrace<br>N. Miami Beach, FL  33179 | 0.035584 | Common Stockholder |
| Larry & Rosie Blinchikoff<br>1130 SW 16th Street<br>Boca Raton, FL  33486 | 0.281824 | Common Stockholder |
| Larry Goldstein<br>6182 Via Venetia North<br>Delray Beach, FL  33484 | 0.128102 | Common Stockholder |
| Leonardo Basanta<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.012810 | Common Stockholder |
| Lewis B. Krongold<br>250 S. Ocean Blvd, Unit 16D<br>Boca Raton, FL  33432 | 0.585377 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Amount | Type |
|---|---|---|
| Linda Nudell<br>30258 Fox Club Drive<br>Farmington Hills, MI  48331 | 0.038431 | Common Stockholder |
| Lionel Kaplan Rev. Trust<br>7582 Martinique Blvd.<br>Boca Raton, FL  33433 | 0.115350 | Common Stockholder |
| Lou Goldstein<br>7818 Sundial Harbour Point<br>Lake Worth, FL  33467 | 0.320254 | Common Stockholder |
| Louis Karol<br>28 Fairview Avenue<br>E. Williston, NY  11596 | 0.064051 | Common Stockholder |
| Lucianna Unsworth<br>6352 NW 72 Way<br>Parkland, FL  33067 | 0.512407 | Common Stockholder |
| Lucy M. Schreiber<br>1506 Mississippi Avenue<br>St. Louis, MO  63104 | 0.860406 | Common Stockholder |
| Marc & Rachel Palermo<br>282 Windsor Place<br>Brooklyn, NY  11218 | 0.349562 | Common Stockholder |
| Marco St. John | 0.149452 | Common Stockholder |
| Marie Cherry<br>15130 Sunnyland Lane<br>Wellington, FL  33414 | 0.913714 | Common Stockholder |
| Marilyn Simon<br>7824 C Lexington Club<br>Delray Beach, FL  33446 | 0.064051 | Common Stockholder |
| Mario and Nikki Gentile<br>856 Appleby Street<br>Boca Raton, FL  33487 | 0.128102 | Common Stockholder |
| Mark R. Smith & Deborah L. Smith<br>6174 NW 56th Drive<br>Coral Springs, FL  33067 | 0.038431 | Common Stockholder |
| Mark S. Gold MD and Janice R. Gold,<br>His Wife, Tenants By The Entirety<br>PO Box 69<br>Alachua, FL  32616 | 0.384305 | Common Stockholder |
| Martin Cherry<br>954 Tropic Blvd.<br>Delray Beach, FL  33483 | 2.132996 | Common Stockholder |
| Martin Investments, Inc.<br>5745 SW 75th Street, PMB 324<br>Gainsville, FL  32608 | 0.868245 | Common Stockholder |
| Martin T. Moran<br>1210 Southways Street<br>Delray Beach, FL  33483 | 0.140912 | Common Stockholder |
| Mary A. and Louis John Defrain<br>1801 South Federal Highway, Suite 300<br>Delray Beach, FL  33483 | 0.038431 | Common Stockholder |
| Mary H. Mitchell<br>PO Box 2136<br>Windermere, FL  34786 | 0.140912 | Common Stockholder |
| Matias Montero<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.021350 | Common Stockholder |
| Maurice Chodash<br>78 SW 12th Terrace<br>Boca Raton, FL  33486-4451 | 0.064051 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name & Address | Shares | Class |
|---|---|---|
| Mauricio Lumbreras<br>Calle 55 NRO 422<br>(B190BGR) La Plata<br>Buenos Aires, Argentina, | 0.964267 | Common Stockholder |
| Mauro Ferreira<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.006405 | Common Stockholder |
| Mauro Vasquez<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.064051 | Common Stockholder |
| May 7th Partners LP, C/O Albert J. Angel<br>1895 NE 214 Terrace<br>N. Miami Beach, FL  33179 | 0.071168 | Common Stockholder |
| Melisa Brito<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.008540 | Common Stockholder |
| Melissa Tabor<br>1730 South Federal Highway, #321<br>Delray Beach, FL  33483 | 0.184431 | Common Stockholder |
| Merokee Partners, LLC<br>286 Willard Drive<br>Hewlett, NY  11557 | 0.384305 | Common Stockholder |
| Michael Fitzgibbon<br>611 Renaissance Lane<br>Delray Beach, FL  33483 | 0.038431 | Common Stockholder |
| Michael G. Park<br>1801 S. Federal Highway<br>Suite 300<br>Delray Beach, FL  33483 | 2.047620 | Common Stockholder |
| Michael J. DeSalvo, As Trustee Of The<br>Joyce A. DeSalvo Declaration Of Trust<br>3634 S. Ocean Blvd.<br>Highland Beach, FL  33487 | 5.292457 | Common Stockholder |
| MJSK Ltd. A Texas Limited Partnership<br>PO Box 69<br>Alachua, FL  32616 | 0.819851 | Common Stockholder |
| MJSK LTD. Janice Gold, President<br>PO Box 69<br>Alachua, FL  32616 | 0.281824 | Common Stockholder |
| Morris Winkler<br>7824 C Lexington Club<br>Delray Beach, FL  33446 | 0.064051 | Common Stockholder |
| Nunzio Antonio or Vincenzia Palermo<br>1151 SW 15th Street<br>Boca Raton, FL  33486 | 0.116521 | Common Stockholder |
| Origin Communications, Inc.<br>1136 Route 31<br>Macedon, NY  14502 | 0.064051 | Common Stockholder |
| Orphic Hands, LLC<br>PO Box 350453<br>Ft. Lauderdale, FL  33335 | 3.900040 | Common Stockholder |
| Pablo Tobia<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.021350 | Common Stockholder |
| Patricio Crowley<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.017080 | Common Stockholder |
| Paul J. Addi | 0.204963 | Common Stockholder |
| Paulo Meconi<br>Calle 55 Nro. 422 (B1900BGR) La Plat<br>Buenos Aires (1425), Argentina | 0.021350 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Name/Address | Shares | Class |
|---|---|---|
| Philip Datlof, M.D.<br>17867 Lake Estates Drive<br>Boca Raton, FL  33496 | 1.793425 | Common Stockholder |
| R.H. & Kathy Alarcon<br>1471 North Ocean Blvd.<br>Pompano Beach, FL  33062 | 0.256204 | Common Stockholder |
| Randall E. Stofft Architects, P.A.<br>42 N. Swinton Avenue, Suite 1<br>Delray Beach, FL  33444 | 0.128102 | Common Stockholder |
| Raul J. Cepero<br>10655 Rio Hermoso<br>Delray Beach, FL  33446 | 2.151202 | Common Stockholder |
| Richard J. & Susan Davis<br>1371 NW 13th Court<br>Boca Raton, FL  33486 | 0.213645 | Common Stockholder |
| Robert Conrad<br>PO Box 273686<br>Boca Raton, FL  33427 | 0.159416 | Common Stockholder |
| Roberta Goldstein<br>7818 Sundial Harbour Point<br>Lake Worth, FL  33467 | 0.320254 | Common Stockholder |
| Ross Croghan<br>15 Blossom Hill<br>Colts Neck, NJ  07722 | 0.209039 | Common Stockholder |
| Salvatore Christen Palermo<br>4699 N. Federal Highway, Suite 205 A<br>Pompano Beach, FL  33064 | 2.544360 | Common Stockholder |
| Samuel Lanier | 0.128102 | Common Stockholder |
| Sandra Marnell TTEE<br>3315 E. Russell Road, Suite H-196<br>Las Vegas, NV  89120 | 0.128102 | Common Stockholder |
| Scott and Theresa Eason<br>7015 Blackthorne Lane<br>Suwanee, GA  30024 | 0.064051 | Common Stockholder |
| Slade Sr. & Jr., U/W GST Exempt QTIP<br>535 Madison Avenue, 35th Floor<br>New York, NY  10022 | 0.256204 | Common Stockholder |
| Steve Durso<br>PO Box 1851<br>Media, PA  19063 | 0.128102 | Common Stockholder |
| Steve R. Goldberg<br>28 Otsego Road<br>Verona, NJ  07044 | 0.128102 | Common Stockholder |
| Steven Goldstein<br>1423 Tahoe Court<br>Lake Worth, FL  33461 | 0.025620 | Common Stockholder |
| Steven T. Gold<br>1457 Noble Road<br>Rydal, PA  19046 | 0.320254 | Common Stockholder |
| Stilco Investments<br>Stonebridge Farm, 14142 Medway Road<br>Arva, ONT, CANADA NOM 1C, | 0.197080 | Common Stockholder |
| Ted Leibowitz | 0.366005 | Common Stockholder |
| Terry H. Tucker<br>1801 South Federal Highway, Suite 300<br>Delray Beach, FL  33483 | 0.089671 | Common Stockholder |
| The Irvin Bernstein Revocable Trust<br>U/A Irvin Bernstein TRTEE | 0.448356 | Common Stockholder |
| Unsworth Photography<br>6352 NW 72 Way<br>Parkland, FL  33067 | 0.032025 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Veronica Cherry**<br>**1111 South Ocean Drive**<br>**Delray Beach, FL  33483** | 9.512390 | **Common Stockholder** |
| **VG Entertainment**<br>**1730 South Federal Highway, #321**<br>**Delray Beach, FL  33483** | 0.369762 | **Common Stockholder** |
| **Vincent Charles Corica**<br>**2442 Spring Lake Drive NE**<br>**Marietta, GA  30062-2536** | 0.128102 | **Common Stockholder** |
| **Virginia Pascucci**<br>**Calle 55 Nro. 422 (B1900BGR) La Plat**<br>**Buenos Aires (1425), Argentina** | 0.003203 | **Common Stockholder** |
| **Warren DeSantis**<br>**541 Cypress Crossing**<br>**Wellington, FL  33414** | 0.128102 | **Common Stockholder** |
| **William Thomas**<br>**5562 W. Shadyside Circle**<br>**West Palm Beach, FL  33415** | 0.642847 | **Common Stockholder** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only