**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 10-26493-BKC-PGH** |
| **ID INTERACTIVE, LLC,** <br> a Florida limited liability company, | Chapter 11 |
| Debtor. _____ / | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ID Interactive, LLC in the above-captioned action, certifies that the following is a (are) corporation's(s'), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None *[Check if applicable]*

Date: June 11, 2010

Respectfully submitted,

By: /s/ Tina M. Talarchyk
Tina M. Talarchyk, Esq.
Florida Bar No. 794872
ttalarchyk@mcdonaldhopkins.com
McDonald Hopkins, LLC
Flagler Center Tower
505 South Flagler Drive, Suite 300
West Palm Beach, FL 33401
Tel: 561.472.2121
Fax: 561.472.2122
***Attorneys for Debtor***

{2186062:}