## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 |
| | |
| **ID Interactive, LLC,** | **Case No.: 10-26493-BKC-PGH** |
| **ID Interactive of California, LLC** | **Case No.: 10-26514-BKC-EPK** |
| **ID Interactive of Michigan, LLC** | **Case No.: 10-26520-BKC-EPK** |
| **ID Interactive of New Mexico, LLC** | **Case No.: 10-26530-BKC-PGH** |
| **ID Interactive Licensing, Ltd.** | **Case No.: 10-26540-BKC-PGH** |
| **ID Interactive International, LLC** | **Case No.: 10-26545-BKC-EPK** |
| **Interactive Technologies, SRL** | **Case No.: 10-26555-BKC-PGH** |
| **ID Interactive Argentina, SRL** | **Case No.: 10-26557-BKC-PGH** |

      **Debtors.**

_____/

## DEBTORS' EX-PARTE JOINT MOTION FOR JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

The above-captioned debtors and debtors in possession ("Debtors") file this ex-parte motion ("Ex-Parte Motion") seeking an order authorizing the joint administration of the Debtors' chapter 11 cases and the administration for procedural purposes only. In support of this Ex-Parte Motion, and in support, states:

### Jurisdiction

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The venue of the Debtors' chapter 11 cases and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

{2188312:}

**Background**

2.      On June 11, 2010 (the "Petition Date"), the Debtors each filed voluntary petitions for relief.  The Debtors are continuing in possession of their property and are operating and managing their businesses, as debtors in possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

**Request for Joint Administration of Chapter 11 Cases**

3.      Bankruptcy Rule 1015(b) provides in pertinent part that, "If … two or more petitions are pending in the same court by or against ... a debtor and an affiliate, the court may order a joint administration of the estates." The Debtors are affiliates of each other, as "affiliate" is defined in section 101 (2) of the Bankruptcy Code. 11 U.S.C. § 101.

4.      The Debtors request that the eight (8) chapter 11 cases be jointly administered for procedural purposes only.

5.      The joint administration of the Debtors' cases will have a number of beneficial effects.  Joint administration will permit the Clerk of this Court to utilize a single general docket for these cases, which will assist both the Court and all parties in interest to more easily track substantive matters related to these cases. The Debtors anticipate that numerous notices in these cases will affect both of the Debtors and their estates.  Joint administration will allow the Debtors and the Court, as appropriate, to combine those notices, thus significantly reducing the noticing burden in these cases.  Joint administration will in many instances significantly reduce the volume of paperwork and make administrative tasks of the Court and parties in interest less burdensome, costly, and time-consuming.

6.      Because this is not a motion for the substantive consolidation of the Debtors' estates, the rights of parties in interest will not be prejudiced or otherwise affected in any way by the entry of an order directing the joint administration of the Debtors' chapter 11 cases.

7.      In addition, the Debtors respectfully request that parties in interest be required to include only the Debtors' name and case number in the joint administration caption in these cases. The Debtors submit that including the state of formation and tax identification number would be unnecessarily cumbersome and confusing to parties in interest.  Further, pleadings relating to each of the Debtors should be required to indicate in the caption only that the pleading relates to "ID Interactive, LLC", as set forth on Exhibit "A as attached.

8.      An Order of Joint Administration relates to the routine administration of a case and may be entered by the Court in its sole discretion on an *ex parte* basis.

9.      For all of the foregoing reasons, the Debtors respectfully request the immediate entry of an order providing for the joint administration of the Debtors' chapter 11 cases, pursuant to Bankruptcy Rule 1015(b).

### Notice

10.     No creditors' committee has been appointed in these chapter 11 cases. Notice of this Ex-Parte Motion has been given to the following parties or, in lieu thereof, to their counsel, if known: (a) the United States Trustee; (b) the Debtors' 20 largest unsecured creditors as identified in their Chapter 11 petitions; (c) counsel of record; and (d) the District Director of the Internal Revenue Service.  In light of the

nature of the relief requested herein, the Debtors submit that no other or further notice is required.

## No Prior Request

11.     No prior motion for the relief requested herein has been made to this or any other court.

## Conclusion

WHEREFORE, the Debtors respectfully request that the Court approve the Joint Administration of the eight Chapter 11 cases and enter an Order, substantially in the form attached hereto as Exhibit :B: .


Date: June 11, 2010.                    Respectfully submitted,
                                        **McDONALD HOPKINS LLC***

                                        By:  /s/  Tina M. Talarchyk
                                            Tina M. Talarchyk, Esq.
                                            Florida. Bar No. 794872
                                            ttalarchyk@mcdonaldhopkins.com
                                            505 South Flagler Drive, Suite 300
                                            West Palm Beach, FL 33401
                                            Tel:  561.472.2121
                                            Fax:  561.472.2122
                                        *An Application to be employed as Debtors'
                                        counsel is being contemporaneously filed.*

# Exhibit "A"

{2188312:}

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re                                                          Chapter 11

I.D. Interactive, LLC, et. al.,                    Case No.: 10-26493-BKC-PGH

        Debtors.
_____/

**Title of Pleading**

{2188312:}

# Exhibit "B"

{2188312:}

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re                                                     Chapter 11

**ID Interactive, LLC,**                          **Case No.: 10-26493-BKC-PGH**
**ID Interactive of California, LLC**       **Case No.: 10-26514-BKC-EPK**
**ID Interactive of Michigan, LLC**       **Case No.: 10-26520-BKC-EPK**
**ID Interactive of New Mexico, LLC**  **Case No.: 10-26530-BKC-PGH**
**ID Interactive Licensing, Ltd.**           **Case No.: 10-26540-BKC-PGH**
**ID Interactive International, LLC**        **Case No.: 10-26545-BKC-EPK**
**Interactive Technologies, SRL**          **Case No.: 10-26555-BKC-PGH**
**ID Interactive Argentina,SRL**            **Case No.: 10-26557-BKC-PGH**

      **Debtors.**
_____/

## ORDER GRANTING DEBTORS' JOINT MOTION FOR JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES (D.E. #   )

This cause came before the Court, in chambers in West Palm Beach,

Florida on the Debtors'[1] Ex-Parte Joint Motion for Joint Administration of Related

---

[1] The Debtors are: I.D. Interactive, LLC, ID Interactive of California, LLC, ID Interactive Michigan, LLC, ID Interactive of New Mexico, LLC, ID Interactive Licensing, Ltd., ID Interactive International, LLC, Interactive Technologies SRL and ID Interactive Argentina, SRL.

{2188312:}

Chapter 11 Cases, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, filed by the above captioned debtors and debtors in possession (collectively the "Debtors"). The Court having reviewed the Ex-Parte Motion and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C.§§ 157(b)(2), (c) notice of the Ex-Parte Motion was sufficient under the circumstances and (d) that the legal and factual bases set forth in the Ex-Parte Motion establish just cause for the relief granted does:

 **ORDER** as follows**:**

1       The Ex-Parte Motion is **GRANTED**.

2       The joint administration of the chapter 11 cases of I.D. Interactive, LLC, ID Interactive of California, LLC, ID Interactive of Michigan, LLC, ID Interactive of New Mexico, LLC, ID Interactive Licensing, Ltd., ID Interactive International, LLC, Interactive Technologies SRL and ID Interactive Argentina, SRL, is directed and the cases are hereby consolidated for procedural purposes only.

_____

3      The proposed forms of caption set forth on Exhibit "A" attached to the

Motion is approved.

# # #

Order Submitted By:
Tina Talarchyk, Esquire*
MCDONALD HOPKINS LLC*
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
ttalarchyk@mcdonaldhopkins.com
 (Attorney Talarchyk is directed to serve a copy of this Order on all parties and to file a certificate of
service.)  *Proposed Counsel For Debtors And Debtors In Possession

{2188312:}