

ORDERED in the Southern District of Florida on June 14, 2010.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 10-26493-BKC-PGH <br> Chapter 11 |
| I.D. Interactive, LLC, et. al., | |
| | ID Interactive of California, LLC – <br> Case No. 10-26514-BKC-EPK <br> ID Interactive of Michigan, LLC – <br> Case No. 10-26520-BKC-EPK <br> ID Interactive of New Mexico, LLC – <br> Case No. 10-26530-BKC-PGH <br> ID Interactive Licensing, Ltd. – <br> Case No. 10-26540-BKC-PGH <br> ID Interactive International – <br> Case No. 10-26545-BKC-EPK <br> ID Interactive Technologies, SRL – <br> Case No. 10-26555-BKC-PGH <br> ID Interactive Argentina, SRL – <br> Case No. 10-26557-BKC-PGH |
| Debtors | (Jointly Administered) |

_____/

### ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES (D.E. #7)

{2189093:}

THIS MATTER came before the Court, *ex parte*, in West Palm Beach, Florida, on a Motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(B)(2)(a) (D.E. #7). The cases identified in the caption of this order are pending in this court by or against (1) a husband and wife, or (2) a partnership and one or more of its general partners, or (3) two or more general members of a partnership, or (4) a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1. Accordingly it is

**ORDERED** as follows:

1. These cases shall be jointly administered. Case No. 10-26493-BKC-PGH shall be designated the "lead case". If applicable, case numbers Case No. 10-26514-BKC-EPK, Case No. 10-26520-BKC-EPK and Case No. 10-26545-BKC-EPK are transferred to the undersigned judge.

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name and case number followed by the words "(Jointly Administered)" and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession, or if applicable, trustee, will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases

{2189093:}

involve the same debtor or that another ground exists to order substantive consolidation of these cases.

### ###

Submitted by:
Tina Talarchyk, Esquire*
MCDONALD HOPKINS LLC*
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
ttalarchyk@mcdonaldhopkins.com
 (Attorney Talarchyk shall serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F))

{2189093:}